VIVIAN SCARANGELLA et al., Respondents, v ANTHONY LABORDE, Also Known as ABDUL MAJID, Appellant, and ELIOT SPITZER, Intervenor-Respondent.

Submitted January 14, 2005; decided March 24, 2005

On the Court's own motion, appeal dismissed, without costs,

upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.